UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Krystal A. Toland,   Case No. 3:13-cv-00877

    Plaintiff

v.   ORDER

Commissioner of Social Security,

    Defendant


    Before me is the Report and Recommendation of Magistrate Judge Nancy A. Vecchiarelli. (Doc. No. 23). Magistrate Judge Vecchiarelli reviewed Plaintiff Krystal Toland's challenge to Defendant the Commissioner of Social Security's denial of her application for Period of Disability, Disability Insurance Benefits, and Supplemental Security Income. Magistrate Judge Vecchiarelli concluded the Administrative Law Judge's analysis regarding Toland's residual functional capacity and the opinion offered by her treating physician was not susceptible to meaningful review, and recommended I reverse the denial of benefits and remand the case for further proceedings. Defendant has indicated it does not object to the reasoning and conclusions offered in the Report and Recommendation.

    After reviewing Magistrate Judge Vecchiarelli's Report and Recommendation, I adopt the Report and Recommendation in full as the Order of the Court. The Commissioner's decision regarding Toland's applications for Period of Disability, Disability Insurance Benefits, and Supplemental Security Income is reversed and remanded pursuant to sentence four of 42 U.S.C. §

405(g).  Further proceedings will occur in a manner consistent with that described in the Report and Recommendation.

    So Ordered.

                                                   s/ Jeffrey J. Helmick
                                                   United States District Judge